FILED

2026 Jun-15 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **COLBY TORBERT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:26-cv-183-ACA-NAD** |
| | ) | |
| **BROOKS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM OPINION</u>

On April 10, 2026, the magistrate judge ordered Plaintiff Colby Torbert to file an amended complaint within thirty days. (Doc. 7). When Mr. Torbert failed to do so, the magistrate judge entered a report recommending that the court dismiss this action for failure to prosecute. (Doc. 8). The magistrate judge advised Mr. Torbert of his right to file objections to the report and recommendation. (*Id.* at 2–3). Mr. Torbert has not filed any objections, and his time for filing has expired.

After reviewing the entire record *de novo*, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this June 15, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE